JERRY Y. FONG, ESQ. (SBN 99673)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA 94302-1040
650/328-5510
650/853-3632 fax

Attorneys for Defendant JAVIER ANTONIO HERNANDEZ

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MANUEL VILLA, GUSTAVO ) <br> COLIN LOPEZ, and JAVIER ) <br> ANTONIO HERNANDEZ, ) <br> ) <br> Defendants. ) <br> _____ ) | CASE NO.  CR-10-00823 F NL <br><br> STIPULATION OF THE PARTIES TO CONTINUE THE SENTENCING HEARING OF DEFENDANT JAVIER HERNANDEZ, WITH ORDER RE SAME. |

The United States of America and Defendant Javier Hernandez hereby jointly stipulate to request that the Court continue the sentencing hearing of Mr. Hernandez, from March 29, 2012, to April 48, 2012, at 10:00 a.m. This request is made because the defense just acquired some pertinent information which could significantly affect Mr. Hernandez' sentencing and will be a short period of time to investigate and make use of this information.

The probation department has been advised of this request and it does not have any objections.

DATED: March 26, 2012              /S/
                                   JERRY Y. FONG, Attorney for Defendant
                                   JAVIER ANTONIO HERNANDEZ

| | |
|---|---|
| DATED: March 26, 2012 | /S/<br>THOMAS COLTHURST, Assistant United States Attorney for Plaintiff UNITED STATES OF AMERICA |

[] ORDER

Pursuant to the parties' stipulation and good cause appearing herein, it is hereby ordered that the sentencing hearing for Defendant Javier Antonio Hernandez shall be continued from March 29, 2012, to April 48, 2012, at 10:00 a.m. It is so ordered.

DATE: 

APPROVED
Judge D. Lowell Jensen