```
 1  JERRY Y. FONG, ESQ. (SBN 99673)
    CAREY & CAREY
 2  706 COWPER STREET
    P.O. BOX 1040
 3  PALO ALTO, CA 94302-1040
    650/328-5510
 4  650/853-3632 fax

 5  Attorneys for Defendant JAVIER ANTONIO HERNANDEZ

 6

 7
                    UNITED STATES DISTRICT COURT
 8
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
 9
                          SAN JOSE DIVISION
10

11  UNITED STATES OF AMERICA,       )   CASE NO.   CR-10-00823 FNL
                                    )
12       Plaintiff,                 )   STIPULATION OF THE PARTIES
                                    )   TO CONTINUE THE SENTENCING
13  vs.                             )   HEARING OF DEFENDANT JAVIER
                                    )   HERNANDEZ, FROM 4/26/12 TO
14  MANUEL VILLA, GUSTAVO           )   5/10/12, & [] ORDER.
    COLIN LOPEZ, and JAVIER         )
15  ANTONIO HERNANDEZ,              )
                                    )
16       Defendants.                )
    _____)
17
```

The United States of America and Defendant Javier Hernandez hereby jointly stipulate to request that the Court continue the sentencing hearing of Mr. Hernandez, from April 26, 2012, to May 10, 2012, at 10:00 a.m. This request is made because counsel for the defendant needs additional time to file the defendant's sentencing memorandum and related documents due to his having been tied up last week with the preparation of a petition for certiorari to the United States Supreme Court. In addition, counsel for the defendant will be out of town on business on May 3, 2012. The probation department has been advised of this request and it does not have any objections.

DATED: April 23, 2012                       /S/
                                    _____
                                    JERRY Y. FONG, Attorney for Defendant
                                    JAVIER ANTONIO HERNANDEZ

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 |   |   |
| 3 | DATED: April 23, 2012 | /S/ |
|   |   | THOMAS COLTHURST, Assistant United States Attorney for Plaintiff UNITED STATES OF AMERICA |

DATED: April 23, 2012          /S/
                               THOMAS COLTHURST, Assistant United
                               States Attorney for Plaintiff UNITED STATES
                               OF AMERICA

[] ORDER

Pursuant to the parties' stipulation and good cause appearing herein, it is hereby ordered that the sentencing hearing for Defendant Javier Antonio Hernandez shall be continued from April 26, 2012, to May 10, 2012, at 10:00 a.m. It is so ordered.

DATE: [illegible]

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT