VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 205
Palo Alto, California 94301

Telephone   (415) 421-4347
Fax           (650) 289-0636

Counsel for Gustavo Colin Lopez

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>  v.<br><br>GUSTAVO COLIN LOPEZ,<br><br>           Defendant. | No. CR 10-00823 DLJ<br><br>STIPULATION RE CONTINUANCE OF SENTENCING DATE;<br>[] ORDER<br><br>Date:  June 14, 2012<br>Time:  10:00 a.m.<br>Judge:  Jensen |

    It is hereby stipulated between the defendant Gustavo Colin Lopez, by and through his attorney of record VICKI H. YOUNG, and the government, through Assistant United States Attorney Thomas Colthurst, that the sentencing date of June 14, 2012, at 10:00 a.m. be continued to August 2, 2012, at 10:00 a.m. The reason for this continuance is that defense counsel believes that a mental status evaluation may be required, and needs the additional time to seek approval for the funding and to arrange for the evaluation.

    Probation Officer Lori Gunderson has been advised of this request and has no objection. She is available on August 2, 2012.

///

///

STIPULATION RE CONTINUANCE;
[] ORDER

- 1 -

1 | It is so stipulated.
2 | Dated: April 22, 2012 Respectfully submitted,

 /s/ Vicki H. Young
VICKI H. YOUNG, ESQ.
Attorney for Gustavo Colin Lopez

Dated: April 22, 2012 MELINDA HAAG
UNITED STATES ATTORNEY

 /s/ Thomas Colthurst
THOMAS COLTHURST
Assistant United States Attorney

STIPULATION RE CONTINUANCE;
[] ORDER

1 **ORDER**

GOOD CAUSE BEING SHOWN, the sentencing date set for June 14, 2012, is continued to August 2, 2012, at 10:00 a.m.

DATED: Í ᴅᴜᴇG

_____
D. LOWELL JENSEN
SENIOR U.S. DISTRICT JUDGE

STIPULATION RE CONTINUANCE;
[] ORDER