| | |
|---|---|
| 1 | VICKI H. YOUNG |
| | Law Offices of Vicki H. Young |
| 2 | 706 Cowper Street, Suite 205 |
| | Palo Alto, California 94301 |
| 3 | Telephone (415) 421-4347 |
| 4 | Attorney for Defendant Gustavo Colin Lopez |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-00845 DLJ |
| Plaintiff, | ) | |
| vs. | ) | STIPULATION TO CONTINUE SENTENCING DATE; |
| GUSTAVO COLIN LOPEZ, | ) | Date: Aug. 2, 2012 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Court: Hon. D. Lowell Jensen |

It is hereby stipulated between the United States of America, by and through Assistant United States Attorney Thomas Colthurst and Gustavo Colin Lopez, through his attorney Vicki H. Young, that the sentencing hearing which is currently scheduled for Aug. 2, 2012, be continued to Aug. 23, 2012, at 10:00 a.m.

This continuance is necessary because defense counsel Vicki H. Young needs additional time to get court records and prepare the sentencing memorandum.

USPO Lori Gunderson has been advised of this request for a continuance and has no objection.

///

///

It is so stipulated.

Dated: July 24, 2012                              Respectfully submitted,

/s/ Vicki H. Young
VICKI H. YOUNG, ESQ.
Attorney for Gustavo Colin Lopez

Dated: July 24, 2012                              MELINDA HAAG
UNITED STATES ATTORNEY


/s/   Thomas Colthurst
THOMAS COLTHURST
Assistant United States Attorney

**ORDER**

GOOD CAUSE BEING SHOWN, the sentencing hearing for Gustavo Colin Lopez which is currently set for August 2, 2012, is continued to August 23, 2012, at 10:00 a.m.

IT IS SO ORDERED.

DATED: Ï ÐFÐG

_____
D. LOWELL JENSEN
SENIOR UNITED STATES DISTRICT JUDGE