MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408)-535-5065
Fax: (408)-535-5066
E-Mail: tom.colthurst@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GUSTAVO COLIN LOPEZ, ) <br> aka MICHAEL LOPEZ-FLORES, ) <br> ) <br> Defendant. ) | No. 10-00823-DLJ <br> No. 10-00932-DLJ <br><br> STIPULATION AND <br> ORDER CONTINUING HEARING DATE |

The defendant GUSTAVO COLIN LOPEZ (aka MICHAEL LOPEZ-FLORES), represented by Vicki H. Young, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the sentencing hearing currently scheduled for September 6, 2012, be continued to October 18, 2012.

On March 1, 2012, GUSTAVO COLIN LOPEZ pleaded open to the charges in both cases. He has been in custody since he was arrested. On August 27, 2012, counsel for the government filed a sentencing memorandum in this matter and advised that the government was

requesting an evidentiary hearing to respond to certain defense objections to the Presentence Report. In response, counsel for the defendant has advised that additional discovery and investigation will be necessary to prepare for this hearing. Accordingly, the parties are requesting that his sentencing hearing be reset to October 18, 2012. It is possible that an additional continuance may be requested because of the need for further discovery and investigation.

SO STIPULATED:

Dated: August 28, 2012  /S/
Thomas A. Colthurst
Assistant United States Attorney

Dated: August 28, 2012  /S/
Vicki H. Young, Esq.
Attorney for Defendant

Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing for *United States V. Gustavo Colin Lopez*, and *United States v. Michael Lopez-Flores*, scheduled for September 6, 2012, is continued to October 18, 2012, at 10:00 a.m.

DATED: JDEFG

THE HONORABLE D. LOWELL JENSEN
United States District Judge

STIPULATION AND ] ORDER
Case Nos. 10-CR-00823-DLJ and 10-CR-00932-DLJ      -2-