MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408)-535-5065
   Fax: (408)-535-5066
   E-Mail: tom.colthurst@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> MANUEL VILLA, <br>     Defendant. | No. 10-00823-DLJ <br> No. 10-00826-DLJ <br><br> STIPULATION AND [] <br> ORDER CONTINUING HEARING DATE |

The defendant MANUEL VILLA, represented by Arturo Hernandez-M, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the sentencing hearing currently scheduled for March 7, 2013, be continued to May 2, 2013.

No other defendants are affected by this request.

////

////

////

SO STIPULATED:

Dated: February 4, 2013          /S/
                                 Thomas A. Colthurst
                                 Assistant United States Attorney


Dated: February 4, 2013          /S/
                                 Arturo Hernandez-M, Esq.
                                 Attorney for Defendant

Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing for *United States v. Manuel Villa*, scheduled for March 7, 2013, is continued to May 2, 2013, at 10:00 a.m.

DATED: _____          /s/ D. Lowell Jensen
                           THE HONORABLE D. LOWELL JENSEN
                           United States District Judge