VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 205
Palo Alto, California 94301

Telephone  (415) 421-4347
Fax        (650) 289-0636

Counsel for Gustavo Colin Lopez

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-00823 DLJ |
| Plaintiff, | STIPULATION RE CONTINUANCE OF SENTENCING DATE; |
| v. | [] ORDER |
| GUSTAVO COLIN LOPEZ, | Date: February 14, 2013 |
| | Time: 10:00 a.m. |
| Defendant. | Judge: Jensen |

It is hereby stipulated between the defendant Gustavo Colin Lopez, by and through his attorney of record VICKI H. YOUNG, and the government, through Assistant United States Attorney Thomas Colthurst, that the sentencing date of February 14, 2013, at 10:00 a.m. be continued to March 7, 2013, at 10:00 a.m. The reason for this continuance is that the parties are still discussing whether an evidentiary hearing will be necessary and have not finalized their discussions.

Probation Officer Lori Gunderson is no longer with the Probation Office. It is not known if the case has been reassigned or will be handled by a duty officer.

///

///

STIPULATION RE CONTINUANCE;
[] ORDER

- 1 -

1     It is so stipulated.

2 Dated:     February 11, 2013         Respectfully submitted,

3

4

      /s/ Vicki H. Young
5       VICKI H. YOUNG, ESQ.
      Attorney for Gustavo Colin Lopez

6

7

8 Dated:     February 11, 2013         MELINDA HAAG
      UNITED STATES ATTORNEY
9

10

      /s/ Thomas Colthurst
11       THOMAS COLTHURST
      Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION RE CONTINUANCE;
[] ORDER

# ORDER

GOOD CAUSE BEING SHOWN, the sentencing date set for February 14, 2013, is continued to March 7, 2013, at 10:00 a.m.

DATED: 2/12/13

_____
D. LOWELL JENSEN
SENIOR U.S. DISTRICT JUDGE

STIPULATION RE CONTINUANCE;
[] ORDER

- 3 -