MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408)-535-5065
   Fax: (408)-535-5066
   E-Mail: tom.colthurst@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 10-00823-DLJ |
|    Plaintiff, ) | No. 10-00826-DLJ |
| v. ) | STIPULATION AND [] |
| MANUEL VILLA, ) | ORDER CONTINUING HEARING DATE |
|    Defendant. ) | |

    The defendant MANUEL VILLA, represented by Arturo Hernandez-M, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the sentencing hearing currently scheduled for May 2, 2013, be continued to May 23, 2013.

    No other defendants are affected by this request.

    The parties expect that they will be ready to proceed with sentencing on May 23, 2013. The continuance is necessary because counsel need more time to frame their sentencing recommendations and counsel for Mr. Villa has a schedule conflict with an out-of-town matter.

STIPULATION AND [] ORDER
Case Nos. 10-CR-00823-DLJ and 10-CR-00826-DLJ

SO STIPULATED:

Dated: April 23, 2013            /S/
                                 Thomas A. Colthurst
                                 Assistant United States Attorney


Dated: April 23, 2013            /S/
                                 Arturo Hernandez-M, Esq.
                                 Attorney for Defendant

Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing for *United States v. Manuel Villa*, scheduled for May 2, 2013, is continued to May 23, 2013, at 10:00 a.m.

DATED: ~~DIOTH~~ _____        _____
                                         THE HONORABLE D. LOWELL JENSEN
                                         United States District Judge